| | |
|---|---|
| 1 | Carney R. Shegerian (State Bar No. 150461) |
|  | Cheryl A. Kenner (State Bar No. 305758) |
| 2 | SHEGERIAN & ASSOCIATES, INC. |
|  | 145 South Spring Street, Suite 400 |
| 3 | Los Angeles, California 90012 |
|  | Telephone: (310) 860-0770 |
| 4 | Facsimile: (310) 860-0771 |
|  | E-mail:  CShegerian@shegerianlaw.com |
| 5 |          CKenner@shegerianlaw.com |
|  | Attorneys for Plaintiff |
| 6 | ADRIANA CARLIN |

Donald P. Sullivan (State Bar No. 191080)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail:  Donald.Sullivan@jacksonlewis.com

Attorneys for Defendant
THE CULINARY INSTITUTE OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA CARLIN, on behalf of herself and all others similarly situated, | Case No. 3:21-cv-02974 JCS |
| Plaintiff, | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| v. | F.R.Civ.P. 41(a)(1) |
| THE CULINARY INSTITUTE OF AMERICA, a New York Nonprofit Corporation, and DOES 1 through 10, inclusive, | |
| Defendant. | |

1

Stip. Dismissing Case Without Prejudice                                Case No. 21-cv-02974 JCS

Plaintiff ADRIANA CARLIN and Defendant THE CULINARY INSTITUTE OF AMERICA hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed without prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

**IT IS SO STIPULATED**.

Dated:  August 5, 2021                           SHEGERIAN AND ASSOCIATES, INC.

                                                 By:  /s/ Cheryl A. Kenner
                                                      CHERYL A. KENNER
                                                      Counsel for Plaintiff

Dated:  August 5, 2021                           JACKSON LEWIS P.C.

                                                 By:  /s/ Donald P. Sullivan
                                                      DONALD P. SULLIVAN
                                                      Counsel for Defendant

**SIGNATURE ATTESTATION**

The filer hereby attests that he received consent and authority to execute and file from every signatory to this document.

Date:  August 5, 2021                            By:  /S/ Donald P. Sullivan
                                                      Donald P. Sullivan

Dated: August 5, 2021

[IT IS SO ORDERED — Judge Joseph C. Spero, United States District Court, Northern District of California]

4842-3528-0372, v. 1